VILLAGE OF CEDAR RAPIDS, APPELLEE, v. BOONE COUNTY, APPELLANT.

FILED OCTOBER 17, 1913.   No. 17,219.

APPEAL from the district court for Boone county: JAMES R. HANNA, JUDGE.   *Affirmed.*

*Jesse L. Root, O. M. Needham, W. J. Donahue,* and *Albert & Wagner,* for appellant.

*F. J. Mack, contra.*

FAWCETT, J.

The pleadings and the evidence in this case, and the law applicable thereto are in all respects the same as those in *City of Albion v. Boone County, ante,* p. 494, except only as to the amount of the plaintiff's claim and the amount of the judgment entered thereon.

For the reasons stated in the opinion in that case, the judgment of the district court is

AFFIRMED.

LETTON, ROSE and SEDGWICK, JJ., not sitting.

———

VILLAGE OF PETERSBURG, APPELLEE, v. BOONE COUNTY, APPELLANT.

FILED OCTOBER 17, 1913.   No. 17,220.

APPEAL from the district court for Boone county: JAMES R. HANNA, JUDGE.   *Affirmed.*

*Jesse L. Root, O. M. Needham, W. J. Donahue* and *Albert & Wagner,* for appellant.

*F. J. Mack, contra.*

FAWCETT, J.

The pleadings and the evidence in this case, and the law applicable thereto are in all respects the same as those in *City of Albion v. Boone County, ante,* p. 494, except only as to the amount of the plaintiff's claim and the amount of the judgment entered thereon.

For the reasons stated in the opinion in that case, the judgment of the district court is

AFFIRMED.

LETTON, ROSE and SEDGWICK, JJ., not sitting.

---

VILLAGE OF ST. EDWARD, APPELLEE, V. BOONE COUNTY, APPELLANT.

FILED OCTOBER 17, 1913.   No. 17,221.

APPEAL from the district court for Boone county: JAMES R. HANNA, JUDGE. *Affirmed.*

*Jesse L. Root, O. M. Needham, W. J. Donahue* and *Albert & Wagner,* for appellant.

*F. J. Mack, contra.*

FAWCETT, J.

The pleadings and the evidence in this case, and the law applicable thereto are in all respects the same as those in *City of Albion v. Boone County, ante,* p. 494, except only . as to the amount of the plaintiff's claim and the amount of the judgment entered thereon.

For the reasons stated in the opinion in that case, the judgment of the district court is

AFFIRMED.

LETTON, ROSE and SEDGWICK, JJ., not sitting.